No. 97–1507.  TEEL ET AL. *v.* KHURANA.  C. A. 5th Cir.  Motion of petitioners for double costs denied.  Certiorari granted, judgment vacated, and case remanded with instructions to dismiss

the case as moot. See *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950).